FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD SWANSTON and PAMELA SWANSTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO: 2:20-CV-335-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiffs Donald and Pamela Swanston's Notice of Voluntary Dismissal without Prejudice, ECF No. 4. Plaintiffs submit that this case " . . . is being considered by the administrative agency, and . . . the suit may be moot." ECF No. 4 at 1. Having reviewed the Notice and the record, the Court finds good cause to approval dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Notice of Voluntary Dismissal with Prejudice, **ECF No. 4**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide a copy to counsel, and **close the file** in this case.

**DATED** April 1, 2021.

                                       *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                      United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2